UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                                              :         CASE NO. 09-16005
                                                                              CHAPTER 13
ANTHONY EDWARD WEHAGE
MICHELLE RENEE WEHAGE                           :         JUDGE J. VINCENT AUG
    DEBTORS
                                                                    :         NOTICE OF TRANSMITTAL OF
                                                                              UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>                           <u>Amount</u>
 917014                              $1,727.30


<u>Debtors Address</u>
ANTHONY EDWARD WEHAGE
MICHELLE RENEE WEHAGE
9936 MARINO DRIVE
CINCINNATI, OH  45251


                                                            Respectfully submitted,

                                            /s/     Margaret A. Burks, Esq.
                                                    Margaret A. Burks, Esq.
                                                    Chapter 13 Trustee
                                                    Attorney No. OH 0030377

                                                    Francis J. DiCesare, Esq.
                                                    Staff Attorney
                                                    Attorney No. OH 0038798

                                                    Karolina F. Perr, Esq.
                                                    Staff Attorney
                                                    Attorney No. OH 0066193

                                                    600 Vine Street, Suite 2200
                                                    Cincinnati, OH 45202
                                                    (513) 621-4488
                                                    (513) 621 2643 (Facsimile)
                                                    mburks@cinn13.org - Correspondence only
                                                    fdicesare@cinn13.org
                                                    kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, July 21, 2010.

                                                        /s/     Margaret A. Burks, Esq.
                                                               Margaret A. Burks, Esq.

| Debtor(s) | Debtor(s) Counsel |
|---|---|
| ANTHONY EDWARD WEHAGE | ERIC A. STEIDEN, ESQ. |
| MICHELLE RENEE WEHAGE | 830 MAIN STREET |
| 9936 MARINO DRIVE | SUITE 401 |
| CINCINNATI, OH  45251 | CINCINNATI, OH  45202 |

                                                    U.S. TRUSTEE
                                                    36 EAST SEVENTH STREET, SUITE 2030
                                                    CINCINNATI, OHIO 45202
                                                    (service waived)